Accordingly, I dissent from the denial of certiorari and would instead grant the petition and set the case for argument.

No. 79–1266.  STEADMAN *v.* SECURITIES AND EXCHANGE COMMISSION, 450 U. S. 91;

No. 80–532.  FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES ET AL. *v.* FLORIDA NURSING HOME ASSN. ET AL., 450 U. S. 147;

No. 80–694.  WOOD *v.* WOOD, 449 U. S. 1081;

No. 80–843.  CARIBE TRAILER SYSTEMS, INC., ET AL. *v.* PUERTO RICO MARITIME SHIPPING AUTHORITY ET AL., 450 U. S. 914;

No. 80–876.  SCARPELLI *v.* ILLINOIS, 450 U. S. 915;

No. 80–1054.  OLTERSDORF *v.* CHESAPEAKE & OHIO RAILROAD CO., 450 U. S. 920;

No. 80–1071.  SMITH *v.* UNITED STATES, 450 U. S. 920;

No. 80–1309.  LEE *v.* LAW OFFICES OF ALIOTO ET AL., 450 U. S. 967;

No. 80–5584.  OUTLAW *v.* ILLINOIS, 450 U. S. 983;

No. 80–5768.  MCDONALD *v.* TENNESSEE, 450 U. S. 983;

No. 80–5859.  MCDONALD *v.* DRAPER, JUDGE, 450 U. S. 983;

No. 80–5902.  DE PRIEST *v.* BIBLE, COMMISSIONER, TENNESSEE DEPARTMENT OF EMPLOYMENT SECURITY, ET AL., 450 U. S. 903;

No. 80–5924.  TENG ET AL. *v.* UNITED STATES, 450 U. S. 930;

No. 80–5944.  KOHLS *v.* UNITED PARCEL SERVICE, INC., ET AL., 450 U. S. 931;

No. 80–5986.  GREEN *v.* GEORGIA, 450 U. S. 936;

No. 80–5990.  HOCKENBURY *v.* SOWDERS, PENITENTIARY SUPERINTENDENT, 450 U. S. 933;

No. 80–6000.  DAVIS *v.* TEXAS, 450 U. S. 968; and

No. 80–6050.  HARRIS *v.* SPAIN, JUDGE, ET AL., 450 U. S. 985.  Petitions for rehearing denied.